IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MIJEL CHAVIRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D.W. BELL, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 11-05731 CW (PR)<br><br>ORDER OF TRANSFER |

　　　Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is incarcerated at Kern Valley State Prison, which is located in Kern County, in the Eastern District of California.  See 28 U.S.C. § 84(b).  The acts complained of occurred at Calipatria State Prison, which is located in Imperial County, in the Southern District of California.  Id. § 84(d).  Venue, therefore, properly lies in the Southern District and not in this one.  See 28 U.S.C. § 1391(b).

　　　Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.

　　　The Clerk of the Court shall transfer the case forthwith.

　　　IT IS SO ORDERED.

Dated: 12/6/2011　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUBEN M CHAVIRA,

        Plaintiff,

  v.

D W BELL et al,

        Defendant.

Case Number: CV11-05731 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruben Mijel Chavira F33253
Unit-5-D-1-A-101L
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216

Dated: December 6, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk